ORIGINAL

1  PAUL PRATO
   3430 VIA LIDO
2  NEWPORT BEACH, CA 92663
   949-351-3025
3  Plaintiff, Pro Se

FILED
AUG - 6 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: GREGORY DUANE HILL, aka ARTISTIC FLOORING & DESIGN, INC., fdba SOUTH PACIFIC MARBLE & TILE CO., LAURIE ANN HILL, | Case No. 8:09-bk-14018-TA |
| | Chapter 7 |
| | Adv. Proc. No. |
| Debtors, | **COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT** |
| PAUL PRATO, aka PAUL PRADO | |
| Plaintiff, | (Hearing date to be set by summons) |
| vs. | |
| GREGORY DUANE HILL, aka ARTISTIC FLOORING & DESIGN, INC., fdba SOUTH PACIFIC MARBLE & TILE CO, LAURIE ANN HILL, | |
| Defendants. | |

**COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT**

COMES NOW, PAUL PRATO, aka PAUL PRADO, Plaintiff, Pro Se ("Plaintiff"), for his complaint against the Defendants, GREGORY DUANE HILL, aka ARTISTIC FLOORING & DESIGN, INC., fdba SOUTH PACIFIC MARBLE & TILE CO., and LAURIE ANN HILL, ("Defendants"), and alleges as follows:

1.  This is a core proceeding over which this court has jurisdiction under Title 28

---
1
COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

FORM B104 (08/07)                                           ORIGINAL                              2007 USBC, Central District of California

|  | ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|

| PLAINTIFFS<br>PAUL PRATO aka PAUL PRADO 3430 VIA LIDO, NEWPORT BEACH, CA 92663 949-351-3025 | DEFENDANTS<br>GREGORY DUANE HILL, aka ARTISTIC FLOORING & DESIGN, INC., fdba SOUTH PACIFIC MARBLE & TILE CO. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>N/A | ATTORNEYS (If Known)<br>MICHAEL E. HICKEY<br>930 W. 17TH ST., SUITE A<br>SANTA ANA, CA 92706  714-550-9211 |
| PARTY (Check One Box Only)<br>☐ Debtor         ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor         ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT UNDER SECTION 523(a)(6) OF THE BANKRUPTCY CODE.

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED
AUG - 6 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 91,600.00 |

Other Relief Sought

PDF processed with CutePDF evaluation edition www.CutePDF.com

FORM B104 (08/07), page 2                                                          2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| **NAME OF DEBTOR** <br> GREGORY DUANE HILL, LAURIE ANN HILL ||| **BANKRUPTCY CASE NO.** <br> 8:09-bk-14018-T |
| **DISTRICT IN WHICH CASE IS PENDING** <br> CENTRAL DISTRICT | **DIVISIONAL OFFICE** <br> SANTA ANA || **NAME OF JUDGE** <br> THEODOR ALBERT |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** ||||
| **PLAINTIFF** | **DEFENDANT** || **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** || **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** ||||
| **DATE** <br> 8/5/09 || **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> PAUL PRADO ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.